JOHN WEGMAN v. THE CITY OF NEW YORK and Others.—Applications granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FRANK FALLITICO and Others v. FORTY-SECOND STREET, MANHATTAN-VILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HENRY FORSHHEIMER and Others v. HARRY BERNSTEIN and Others.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HARRY KUGLER v. FRED SCHULTZ.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MAX SCHWARTZ and Others v. LOUIS VIGDEN.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

DAVIS BROTHERS REALTY CORPORATION v. GEORGE W. BAYLIS and Others. DAVIS BROTHERS REALTY CORPORATION v. CHARLES E. HARTE.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CLAIRE RENARD v. DAVID SLIVE.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MAISON VIOLETTE v. SINGER BROTHERS & DAY COMPANY, INC., and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

DANIEL SPITZER and Others v. PORTO RICAN EXPRESS COMPANY.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MAX GEIGER v. JOSEPH D. FARKAS and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

B. K. BRUCE LODGE, INC., v. WALTER MIMS.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLIAM FISCHER v. ROMAN BATHS COMPANY.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOHN M. RIEHLE & COMPANY, INC., v. LONDON AND LANCASHIRE INDEMNITY INSURANCE COMPANY.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.